JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRIAN CLASEN, an individual,<br>Plaintiff,<br>v.<br>LOS ANGELES UNIFIED SCHOOL DISTRICT, and DOES 1-10, inclusive,<br>Defendants. | Case No. 2:24-cv-06910-AB (AJRx)<br><br>**~~[PROPOSED]~~ JUDGMENT PURSUANT TO ORDER GRANTING DEFENDANT LOS ANGELES UNIFIED SCHOOL DISTRICT'S MOTION FOR SUMMARY JUDGEMENT**<br><br>Trial Date: March 1, 2027<br>Complaint Filed: August 15, 2024 |

On June 26, 2026, the Motion for Summary Judgment of Defendant, LOS ANGELES UNIFIED SCHOOL DISTRICT, pursuant to Federal Rule of Civil Procedure 56, came on for hearing before the Honorable André Birotte Jr. of the above-entitled Court. The Court, having reviewed and considered all papers filed in support of, and in opposition to, the motion, having held oral argument and taken the matter under submission, issued its Order on August 28, 2026 granting LOS ANGELES UNIFIED SCHOOL DISTRICT's Motion for Summary Judgment as to all claims in Plaintiff's Complaint for the reasons set forth in that August 28, 2026, Order.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. Defendant LOS ANGELES UNIFIED SCHOOL DISTRICT's Motion for Summary Judgment is GRANTED in its entirety.

2. Plaintiff BRIAN CLASEN shall recover nothing by way of his Complaint against Defendant.

3. This action is dismissed in its entirety and with prejudice.

4. Defendant shall recover its taxable costs to the extent permitted by law and upon compliance with applicable procedural requirements.

Dated: September 18, 2026

HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE